**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN BUS ASSOCIATION INDIVIDUALLY AND BY AND THROUGH ITS MEMBERS, ACADEMY EXPRESS LLC., ACADEMY LINES LLC., PANORAMA TOURS INC., PETER PAN BUS LINES, TRANS-BRIDGE LINES INC., ADIRONDACK TRANSIT LINES INC, HAMPTON JITNEY INC., LEPRECHAUN LINES INC., NIAGARA SCENIC TOURS, INC., BUS COMPANY HOLDINGS US LLC dba COACH USA, AND GREYHOUND LINES INC.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK and LISA F. GARCIA, in her official capacity as Commissioner of the New York City Department of Environmental Protection,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>26-cv-03903 (LGS) |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Genan F. Zilkha appears as counsel for Defendants CITY OF NEW YORK and LISA F. GARCIA, in her official capacity as Commissioner of the New York City Department of Environmental Protection, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       June 11, 2026

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
Email: gzilkha@law.nyc.gov
Tel: (212) 356-2122
By: _____
     Genan F. Zilkha
     Assistant Corporation Counsel

TO: Plaintiffs' Counsel of Record (via ECF)