UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN BUS ASSOCIATION et al.,     :
                        Plaintiffs,   :
                                 :
           -against-         :
                                 :          26 Civ. 3903 (LGS)
CITY OF NEW YORK et al.,        :
                    Defendants. :        **ORDER**
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the parties submitted a proposed Civil Case Management Plan and

Scheduling Order ("CMP") on June 30, 2026.

     WHEREAS, the CMP was issued on July 1, 2026.  It is hereby

     **ORDERED** that by **July 8, 2026**, the parties shall submit a joint letter proposing dates

for paragraphs 5, 6, 7, 8(b) and 8(e) of the CMP.  An amended CMP will issue thereafter.

Dated: July 1, 2026
      New York, New York

_____
      **LORNA G. SCHOFIELD**
      **UNITED STATES DISTRICT JUDGE**