UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMERICAN BUS ASSOCIATION et al., Plaintiffs, -against- CITY OF NEW YORK et al., Defendants. | : | 26 Civ. 3903 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties filed their initial disclosures pursuant to Federal Rule of Civil Procedure ("Rule") 26(a)(1)(A) on the docket.

WHEREAS, under Rule 5(d)(1)(A), "disclosures under Rule 26(a)(1) or (2)" and certain discovery requests and responses "must not be filed until they are used in the proceeding or the court orders filing." It is hereby

**ORDERED** that the parties shall not file disclosures under Rule 26(a)(1) or (2) or discovery requests or responses on the docket until such documents are used in the proceeding (for example, in connection with a motion) or the parties are ordered otherwise. It is further

**ORDERED** that the Rule 26(a)(1)(A) disclosures at Dkt. Nos. 41 and 42 are **STRICKEN**.

The Clerk of Court is respectfully directed to strike the documents at Dkt. Nos. 41 and 42.

Dated: July 29, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE