Hantman & Associates
1120 6th Avenue
New York, NY, 10036
Office: (212)-684-3933
www.hantmanlaw.com

September 1, 2026

VIA ECF
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: AMERICAN BUS ASSOCIATION et. al. City of New York, et. al.
Case No. 26-CV-3903 (LGS)

Dear Judge Schofield:

Pursuant to the Court's Order dated July 8, 2026, in the above matter, and Rule III.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases, the parties respectfully submit this joint status letter.

A. Discovery to Date

1. Discovery Requests Propounded.

a. On August 28, 2026, Defendants served their First Set of Interrogatories and First Request for the Production of Documents on Plaintiff. Pursuant to the Court's order referenced above, initial responses are due thirty days following service upon the party.

b. On August 30, 2026, Plaintiffs served Requests for Admissions on the Defendants. Pursuant to the Court's order referenced above, initial responses are due thirty days following service upon the party.

B. Procedural History

1. Pleadings.

a. Plaintiffs filed the Complaint on May 12, 2026.

b. Defendants have not filed an answer but instead have moved to dismiss the complaint.

2. Motions Filed and Pending:

a. On August 19, 2026, Defendants filed their motion to dismiss the Complaint, which is presently pending.

b. Plaintiffs' response to Defendants' motion to dismiss and Plaintiffs' cross-motion for a Preliminary Injunction are due to be filed on September 11, 2026.

c. Defendants are to file their reply in support of their motion and their opposition to Plaintiffs' cross-motion by October 2, 2026.

d. Plaintiffs are to file their reply in support of their cross-motion by October 23, 2026

C. Plans to Meet Court-Ordered Discovery Deadlines

Under the July 8, 2026, Civil Case Management Plan and Scheduling Order, fact discovery closes on  and expert discovery closes on October 29, 2026. The parties have not, to date. scheduled depositions but anticipate doing so upon completing initial document production and Requests for Admission. The parties have not yet met and conferred regarding open discovery. The parties expect to complete all discovery within the deadlines set by the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

HANTMAN AND ASSOCIATES
*Attorneys for Plaintiffs*
By: Joseph Ferrara, Esq.

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendants*
By: Genan Zilkha, Esq and Isabella Kendrick, Esq.
Assistant Corporation Counsels

cc: All counsel of record (via ECF)