**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN BUS ASSOCIATION INDIVIDUALLY AND BY AND THROUGH ITS MEMBERS, ACADEMY EXPRESS LLC., ACADEMY LINES LLC., PANORAMA TOURS INC., PETER PAN BUS LINES, TRANS-BRIDGE LINES INC., ADIRONDACK TRANSIT LINES INC, HAMPTON JITNEY INC., LEPRECHAUN LINES INC., NIAGARA SCENIC TOURS, INC., BUS COMPANY HOLDINGS US LLC dba COACH USA, AND GREYHOUND LINES INC. Plaintiffs, v. CITY OF NEW YORK and LISA F. GARCIA, in her official capacity as Commissioner of the New York City Department of Environmental Protection, Defendants. | 26-cv-03903 (LGS) PLAINTIFFS' NOTICE OF CROSS-MOTION FOR PRELIMINARYINJUNCTION INJUNCTION |

**To:** CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NEW YORK

**UPON NOTICE TO**:

Steven Banks, Esq.
Corporation Counsel of the City of New York
Attorney for City Defendants

**PLEASE TAKE NOTICE** that, upon Plaintiffs' Combined Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiffs' Motion for a Preliminary Injunction, dated September 11, 2026; the declarations of Alyssa Archie, Michael Horak, David Bolen, John Baley, and Peter Garypie; Exhibits A through K; the Complaint;

and all prior papers and proceedings in this action, Plaintiffs will cross-move before the Honorable Lorna G. Schofield, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and at a time to be designated by the Court, pursuant to Federal Rule of Civil Procedure 65(a), for an order:

1. enjoining Defendants, their officers, employees, agents, and persons acting in active concert or participation with them who receive actual notice of the injunction, from issuing, prosecuting, collecting, or enforcing penalties against Plaintiffs under N.Y.C. Administrative Code § 24-163 and related Citizens Air Complaint Program provisions when stationary engine operation is reasonably necessary to:
    a. build or restore compressed-air pressure;
    b. complete the safety determination required by 49 C.F.R. §§ 392.7 or 396.13;
    c. conduct manufacturer-directed stationary diesel-particulate-filter regeneration;
    d. perform an identified safety-related diagnostic; test accessibility equipment when engine operation is required; or
    e. complete another documented safety, maintenance, or emissions-control procedure that requires stationary engine operation;
2. waiving security under Federal Rule of Civil Procedure 65(c) or, alternatively, requiring only a nominal bond; and
3. granting such other and further relief as the Court deems just and proper.

[Signature Page Follows]

Dated: New York, New York
September 11, 2026

*/s/ Joseph J. Ferrara*
Joseph Ferrara, Esq.
Hantman & Associates
1120 6th Ave
New York, NY, 10036
Office: 212-684-3933
jferrara@hantmanlaw.com

To: Defendants Counsel of Record (Via ECF)