**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Genan F. Zilkha**
Administrative Law and
Regulatory Litigation Division
phone: (212) 356-2212
fax: (212) 356-2059
gzilkha@law.nyc.gov

September 24, 2026

BY ECF
Hon. Lorna G. Schofield
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: American Bus Association, et al. v. City of New York, et al., 26 Civ. 03903(LGS)

Your Honor:

I represent Defendants in the above captioned action. I submit this letter in accordance with Section I.B.3 of the Court's Individual Practices and Procedures for Civil Cases to request a fourteen day extension of time, from October 2, 2026 to October 16, 2026, to file our reply to our motion to dismiss and opposition to Plaintiffs' motion for a preliminary injunction. This is our second request for an extension of time of this deadline; the first request was granted by the Court. Counsel for Plaintiffs consents to this request. Defendants need additional time as Plaintiffs have raised novel issues in their motion for a preliminary injunction and because my co-counsel has recently been assigned to work on a matter going to trial in the Southern District of New York before Judge Andrew Carter and will be unable to assist with the pending motions.

As this requested extension of time will impact the proposed briefing schedules for both Defendants' motion to dismiss and Plaintiffs' motion for a preliminary injunction, the parties propose the following updated briefing schedule: Defendants' reply and opposition would be due by October 16; and Plaintiffs' reply would be due by November 6. Besides these changed dates noted above, the requested extension of time does not affect any other schedule dates, although I would note that Section 13.c.i of the Civil Case Management Plan and Scheduling Order (ECF 33) requires that any pre-motion letters regarding dispositive motions be filed by October 29, 2026.

Respectfully submitted,

Genan F. Zilkha
Assistant Corporation Counsel

Application for extension of time **GRANTED SINE DIE**. The parties' briefing deadlines are adjourned sine die pending further order of the Court. The parties shall abide by the existing deadline of October 29, 2026, for pre-motion letters on dispositive motions. Any pre-motion letter shall describe the extent of overlap between the pending motions and any anticipated motion for summary judgment, and whether (in light of the close of fact discovery) the pending motion to dismiss should be supplemented with relevant evidence and argument and converted to a motion for summary judgment under Federal Rule of Civil Procedure 12(d), and/or the pending motion for preliminary injunction should be modified to seek, in the alternative, a permanent injunction. The parties shall meet and confer in advance of filing such letters in an effort to agree on next steps.

The Clerk of Court is respectfully directed to terminate Dkt. No. 57.

Dated: September 24, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE