UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMERICAN BUS ASSOCIATION et al., Plaintiffs, -against- CITY OF NEW YORK et al., Defendants. | : | 26 Civ. 3903 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 24, 2026, adjourned the briefing deadlines for Defendants' motion to dismiss and Plaintiffs' cross-motion for a preliminary injunction. The deadlines were adjourned sine die pending the parties' completion of fact discovery and submission of a letter stating whether the pending motions should be converted to a motion for summary judgment and a motion for a permanent injunction, respectively.

WHEREAS, Defendants now seek an extension of the deadlines for fact discovery, expert discovery and pre-motion letters regarding dispositive motions. It is hereby

**ORDERED** that, by **October 22, 2026**, the parties shall submit a joint letter detailing (1) the discovery completed to date and the discovery that remains, (2) proposed deadlines for completing each remaining item, (3) details on the depositions to be taken, including the anticipated dates and deponents and (4) details on expert discovery, including the types of experts each side anticipates and a proposed deadline for conferring on an expert discovery schedule under Section 9(c) of the Amended CMP. The parties are advised that deadlines are not extended absent a showing of diligence. If a substantial extension of the discovery deadlines is granted, the briefing deadlines for the pending motions to dismiss and for a preliminary injunction will be reinstated immediately. The parties may alternatively withdraw their

respective pending motions if they wish to complete discovery before motion practice. It is further

**ORDERED** that the joint letter shall also state whether the parties are interested in settlement discussions and, if so, whether they would prefer a referral to the Magistrate Judge for settlement, referral to the SDNY Mediation Program or use of a private mediator. It is further

**ORDERED** that this submission shall be in lieu of the November 12, 2026, status letter required by the Amended CMP.

Dated: October 15, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE